IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Skeen, Constance Renee

Printed: 8/26/08

Case Number: 04 B 21045
Judge: Hollis, Pamela S
Filed: 6/1/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Completed: June 20, 2008
Confirmed: July 26, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 8,437.50 |  |
| Secured: |  | 504.99 |
| Unsecured: |  | 4,366.43 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 423.58 |
| Other Funds: |  | 442.50 |
| Totals: | 8,437.50 | 8,437.50 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Peter F Geraci | Administrative | 2,700.00 | 2,700.00 |
| 2. | Dell Financial Services, Inc | Secured | 504.99 | 504.99 |
| 3. | Discover Financial Services | Unsecured | 577.94 | 751.65 |
| 4. | US Bank Corp | Unsecured | 928.08 | 1,207.03 |
| 5. | Dell Financial Services, Inc | Unsecured | 178.11 | 231.77 |
| 6. | Capital One | Unsecured | 154.86 | 201.43 |
| 7. | JDF Capital | Unsecured | 1,442.33 | 1,875.78 |
| 8. | ECast Settlement Corp | Unsecured | 75.94 | 98.77 |
| 9. | Capital One | Unsecured |  | No Claim Filed |
| 10. | Citibank | Unsecured |  | No Claim Filed |
| 11. | Citibank | Unsecured |  | No Claim Filed |
| 12. | Good Year | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 6,562.25 | $ 7,571.42 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 22.10 |
| 6.5% | 83.70 |
| 3% | 9.51 |
| 5.5% | 129.67 |
| 5% | 20.68 |
| 4.8% | 24.60 |
| 5.4% | 133.32 |
|  | _____ |
|  | $ 423.58 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:   Skeen, Constance Renee | Case Number:  04 B 21045 |
| | Judge:  Hollis, Pamela S |
| Printed:  8/26/08 | Filed:  6/1/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

